

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2014

No. 04-13-00157-CV

William McDonald **RIDDICK**,
Appellant

v.

Cynthia Riddick **MARMOLEJO**, Warren Pretlow Riddick, Patricia Riddick Nathan,
and William P. Riddick,
Appellees

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2011-PC-3942
Honorable Tom Rickhoff, Judge Presiding

### ORDER

In accordance with this court's memorandum opinion of this date, this appeal is
DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that Appellees, Cynthia Riddick
Marmolejo, Warren Pretlow Riddick, Patricia Riddick Nathan, and William P. Riddick, recover
their costs of appeal from Appellant William McDonald Riddick.

It is so **ORDERED** on March 12, 2014.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the
said court on this 12th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle, Clerk